IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action No. 04-298 |
| vs. ) | |
| ANDREW BURNESS BEATTY, ) | The Honorable Donetta W. Ambrose |
| ) | Chief U.S. District Judge |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, to wit, this 13th day of Dec., 2005, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's Motion to Seal Document is granted. Accordingly, Defendant Beatty is granted leave to file his Sixth Motion for Extension of Time to File Pre-Trial Motions under seal. Said Motion shall remain under seal until further Order of Court.

*Donetta F. Ambrose* J.
The Honorable Donetta W. Ambrose,
Chief U.S. District Court Judge